# Court of Appeals
# of the State of Georgia

ATLANTA,____June 28, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A0042. BROWN v. COBB ELECTRIC MEMBERSHIP CORPORATION.**

Dwight Brown appeals the trial court's order closing derivative proceedings in the above case, seeking that we remand the case to the trial court so that it may first rule on his pending motion to recuse. Brown's appeal, however, has been rendered moot by the trial court's ruling on said motion. The trial court retained jurisdiction to rule on the recusal motion despite Brown's filing of a notice of appeal because it was a collateral matter that had no impact on the judgment on appeal. *See Davis v. Harpagon Co., LLC*, 281 Ga. 250, 253 (8) (637 SE2d 1) (2006) ("The notice of appeal does not deprive the trial court of jurisdiction as to other matters in the same case not affecting the judgment on appeal." (punctuation omitted)). Accordingly, the above appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/28/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*